AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| | |
|---|---|
| Dustin Freeman; see attachment for additional plaintiffs<br>*Plaintiff*<br>v.<br>APPLE, INC., a Delaware Corporation; see attachment for additional defendants<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. CV10 5881 HRL<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *All Named Defendants*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David C. Parisi
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEC 2 3 2010

*CLERK OF COURT*

Helen L. Almacen

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS
Case Number:

**Additional Plaintiffs:**

JARED PARSLEY, COLE PARR, and PRECIOUS ARRINGTON on Behalf of Themselves and All Others Similarly Situated

**Additional Defendants:**

GOGII, INC., a Delaware Corporation; PANDORA MEDIA, INC., a California Corporation; BACKFLIP STUDIOS, INC., a Delaware Corporation; THE WEATHER CHANNEL, INC., a Georgia Corporation; DICTIONARY.COM, LLC, a California Corporation; OUTFIT7 LTD., a Foreign Corporation, ROOM CANDY, INC., a California Corporation, SUNSTORM INTERACTIVE, INC., an Indiana Corporation