COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
THE WEATHER CHANNEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DUSTIN FREEMAN, JARED PARSLEY, COLE PARR, and PRECIOUS ARRINGTON On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., a California Corporation; GOGII, INC., a Delaware Corporation; PANDORA MEDIA, INC., a California Corporation; BACKFLIP STUDIOS, INC., a Delaware Corporation; THE WEATHER CHANNEL, a Georgia Corporation ; DICTIONARY.COM, LLC a California Corporation; OUTFIT7 LTD., a Foreign Corporation, ROOM CANDY, INC., a California, SUNSTORM INTERACTIVE, INC., an Indiana Corporation,<br><br>Defendants. | Case No. CV 10 5881 LHK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THE WEATHER CHANNEL TO RESPOND TO THE COMPLAINT**<br><br><br>Judge:   The Hon. Lucy H. Koh<br>Courtroom: 4 (5th Floor) |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1210183 v1/SF

STIPULATION TO EXTEND TIME FOR DEF. TWC
TO RESPOND TO THE COMPLAINT
NO. CV 10 5881 LHK

Pursuant to Northern District of California Civil Local Rule 6-1, Defendant The Weather Channel ("TWC") and Plaintiffs Dustin Freeman, Jared Parsley, Cole Parr, and Precious Arrington hereby stipulate to extend the time that TWC has to answer, move, or otherwise respond to the Complaint until March 16, 2011. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: February 18, 2011　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　/s/ Matthew D. Brown
　　　　　　　　　　　　　　　　　　　MATTHEW D. BROWN
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant The Weather Channel

Dated: February 18, 2011　　　　　　　PARISI & HAVENS LLP

　　　　　　　　　　　　　　　　　　　/s/ David C. Parisi
　　　　　　　　　　　　　　　　　　　DAVID C. PARISI
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Dustin Freeman, Jared
　　　　　　　　　　　　　　　　　　　Parsley, Cole Parr and Precious Arrington

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained.

Dated: February 18, 2011

　　　　　　　　　　　　　　　　　　　/s/ Matthew D. Brown
　　　　　　　　　　　　　　　　　　　MATTHEW D. BROWN